AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
Bryan F. Aylstock (FL Bar No. 78263))
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Fax: (850) 916-7449
Email:   baylstock@awkolaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re: Tiktok, Inc., Minor Privacy Litigation

This Document Relates To:
KATRICE LINDSEY v. BYTEDANCE INC et al.
Case No.       2:25-cv-03396-GW-RAO

LEAD CASE NUMBER: 2:25-ml-03144-GW-RAO

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

- [x] This action is dismissed by the Plaintiff(s) in its entirety.

- [ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- [ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] **ONLY** Defendant(s) _____ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 06/30/2025 | /s/Bryan F. Aylstock |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**